UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

SCOTT MALCOLM and TIM MCGOUGH, as Trustees
of the Carpenters & Joiners Welfare Fund,
Twin City Carpenters Pension Master Trust Fund,
Carpenters and Joiners Apprenticeship and Journeymen
Training Trust Fund, and Twin City Carpenters
Vacation Fund; and each of their successors,

      Plaintiffs,

vs.

BEARCAT CONSTRUCTION, INC. and
JEAN M. FRANKLIN, individually,

      Defendants.

---

Civil File No. 04-5108 MJD/JGL

**ORDER FOR DISMISSAL
WITHOUT PREJUDICE**

**IT IS HEREBY ORDERED** that this matter is dismissed without prejudice.

Date: July 7, 2005

s/ Michael J. Davis
The Honorable Michael J. Davis
United States District Court Judge